IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3095 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARIA DAWN CROSS, | ) | |
| | ) | |
| Defendant. | ) | |

A conference call was held with counsel. On the oral motion of counsel,

IT IS ORDERED that:

(1) The hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 48) has been rescheduled before the undersigned United States district judge to Friday, May 22, 2009, at 3:30 p.m., in Courtroom No. 4, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(2) The United States Marshal is directed to return the defendant to the district for the hearing.

May 15, 2009.            BY THE COURT:

                         s/ *Richard G. Kopf*
                         United States District Judge